## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MIKE KIRSCH and PAM KIRSCH** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: 2:11-cv-578-MEF |
| ) | |
| **REVENUE MANAGEMENT SERVICE,** ) | |
| **INC., IMMACULAWN, LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW**, the parties, by and through their respective counsel of record, and stipulate that the plaintiffs' claims against Immaculawn, LLC, Chris Chandler, Chris Chandler d/b/a Immaculawn, and Central Alabama Landscape & Irrigation, LLC shall be dismissed with prejudice, each party bearing his/her/its own costs.

In electronically signing and filing this report, undersigned counsel for Defendant, Emily C. Marks, certifies that the parties, through respective counsel designated below, have agreed to its filing.

Dated this the 29th day of March, 2012.

                                              /s/      Emily C. Marks
                                       EMILY C. MARKS
                                       Attorney for Defendant Chris Chandler, Individually, and Chris Chandler d/b/a Immaculawn

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
334-387-7680
Fax 334-387-3222
emarks@ball-ball.com

2

        /s/     Richard F. Matthews, Jr.
RICHARD F. MATTHEWS, JR.
Attorney for Plaintiffs

OF COUNSEL:

**THE ANDERSON LAW FIRM, LLC**
7515 Halcyon Pointe Drive
Montgomery, Alabama  36117-8054
334-272-9880
Fax 334-272-2551
rmatthews@theandersonlawfirm.com

        /s/     J. Matthew Parnell
J. MATTHEW PARNELL
Attorney for Defendant Central Alabama
     Landscape & Irrigation, LLC

OF COUNSEL:

**PARNELL & CRUM**
Post Office Box 2189
Montgomery, Alabama  36102
334-832-4200

        /s/     David B. Chancellor
DAVID B. CHANCELLOR
Attorney for Defendant, Immaculawn, LLC

OF COUNSEL:

**DAVID B. CHANCELLOR, LLC**
Post Office Box 241888
Montgomery, Alabama  36124-1888
334-386-0664
Fax 334-409-2379
david@davidchancellorllc.com